IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN DANIELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLEGHENY COUNTY, C.O. PARKER, C.O. DONATO,<br><br>　　　　Defendants. | 2:24-CV-01730-CCW-CBB |

**ORDER**

　　This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

　　On July 28, 2025, the Magistrate Judge issued a Report (the "R&R"), ECF No. 13, recommending that Defendant Allegheny County's Motion to Dismiss, ECF No. 5, be denied. Service of the R&R was made on the parties, and Allegheny County has filed Objections. *See* ECF No. 14.

　　After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, it hereby is **ORDERED** that Allegheny County's Motion to Dismiss, ECF No. 5, is **DENIED**, and the Magistrate Judge's R&R, ECF No. 13, is adopted as the Opinion of the District Court.

　　It is further **ORDERED** that Allegheny County, C.O. Parker, and C.O. Donato shall file their Answers on or before September 3, 2025.

　　**IT IS SO ORDERED**.

2

DATED this 20th day of August, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

2